Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 15, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed February 15, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00976-CV

____________

 

IN RE BASIL NARUN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
November 21, 2007, relator, Basil Narun, filed a petition for
writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Reece Rondon, presiding judge of the 234th District Court of Harris
County to vacate his order dissolving the lis pendens in the underlying case.

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.  We
further lift our stay entered on November 27, 2007. 

 








PER CURIAM

 

Petition Denied and Memorandum
Opinion filed February 15, 2008.

Panel consists of Justices Yates,
Fowler, and Guzman.